AO-10 (WP)
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)

| 1. Person Reporting (Last name, first, middle initial) | 2. Court or Organization US DISTRICT COURT FOR THE SOUTHERN DISTRICT OR N.Y. | 3. Date of Report 3/8/06 |
|---|---|---|
| PRESKA, LORRTTA A. | | |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) USDJ – ACTIVE | 5a. Report Type (check appropriate type) ___ Nomination, Date _____ ___ Initial ✓ Annual ___ Final 5b. ___ Amended Report | 6. Reporting Period 1/1/05 – 12/31/05 |
|---|---|---|

| 7. Chambers or Office Address Room 1320 US Courthouse 500 Pearl Street NYC NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer _____ Date _____ |
|---|---|

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 VICE PRESIDENT | FORDHAM LAW ALUMNI ASSOCIATION |
| 2 CO-TRUSTEE | TRUSTS 5 AND 7 |
| 3 MEMBER | NY REGIONAL PANEL TO SELECT THE 2005-06 WHITE HOUSE FELLOWS |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements.) | |
| 1 | |
| 2 | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of Instructions.)

| DATE | SOURCE AND TYPE | INCOME |
|---|---|---|

**A. Filer's Non-Investment Income**

| | | |
|---|---|---|
| ☒ NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

**B. Spouse's Non-Investment Income** - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| ☐ NONE (No reportable non-investment income.) | | |
| 1 2005 | SELF EMPLOYED LAWYER | |
| 2 | | |

2006 MAR 20 P 1: 04
FINANCIAL DISCLOSURE OFFICE
RECEIVED

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORRITA A. | 3/8/06 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

|  | SOURCE | DESCRIPTION |
|---|---|---|
| [X] | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

|  | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [X] | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

|  | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| [X] | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PRRSKA, LORATTA A | 3/8/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code1 (A-H) | B. (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code2 (J-P) | C. (2) Value Method Code3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month Day | D. (3) Value Code2 (J-P) | D. (4) Gain Code1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 JP MORGAN CHASE BANK - NYC | A | INT | J | T | | | | | |
| 2 TRUST #1 | D | DIV INT | N | T | | | | | |
| 3 - FIDELITY SPARTAN 500 INDEX FUND | | | | | B | 6/16 | J | | |
| 4 - FIDELITY NY MUNI MMF | | | | | | | | | |
| 5 - PROMISSORY NOTES | | | | | | | | | |
| 6 - S+P MIDCAP DEPOSIT RECEIPTS | | | | | B | 8/20 | J | | |
| 7 TRUST #2 | D | DIV INT | N | T | | | | | |
| 8 - FIDELITY SPARTAN 500 INDEX FUND | | | | | B | 6/16 | J | | |
| 9 - FIDELITY NY MUM MMF | | | | | | | | | |
| 10 - PROMISSORY NOTES | | | | | | | | | |
| 11 - S+P MIDCAP DEPOSIT RECEIPTS | | | | | B | 8/20 | J | | |
| 12 TRUST #3 | C | DIV | N | T | | | | | |
| 13 - FIDELITY SPARTAN 500 INDEX FUND | | | | | | | | | |
| 14 - S+P MIDCAP DEPOSIT RECEIPTS | | | | | S | 4/18 | J | A | |
| 15 - FIDELITY NY MUM MMF | | | | | | | | | |
| 16 TRUST #4 | D | DIV | N | T | | | | | |
| 17 - FIDELITY SPARTAN 500 INDEX FUND | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
   (See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000

2. Value Codes:  J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
   (See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000  P4=More than $50,000,000

3. Value Method Codes:  Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
   (See Col. C2)  U=Book value  V=Other  W=Estimated

Name of Person Reporting: PRRSKA, Loretta A.

Date of Report: 3/8/06

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B (1) Amt Code1 (A-H) | B (2) Type (e.g. div rent or int) | C (1) Value Code2 (J-P) | C (2) Value Method Code3 (Q-W) | D (1) Type (e.g. buy, sell merger, redemption) | D (2) Date Month Day | D (3) Value Code2 (J-P) | D (4) Gain Code1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 18 STF Midwest Daily Accepts | | | | | S | 4/8 | J | A | |
| 19 Fidelity NY Muni MMF | | | | | | | | | |
| 20 Trust #5 | B | DIV | N | T | | | | | |
| 21 NWML Ins Policy | | | | | | | | | |
| 22 MR Life Ins Policy | | | | | | | | | |
| 23 Trust #6 | B | DIV | K | T | | | | | |
| 24 NUML Ins Policy | | | | | | | | | |
| 25 Trust #7 | A | DIV | J | T | | | | | |
| 26 Rveico Ins Policy | | | | | | | | | |
| 27 NZ ML Annuity | | | | | | | | | |
| 28 Trust #8 | B | DIV | N | T | | | | | |
| 29 NUML Ins Policy | | | | | | | | | |
| 30 Trust #9 | | | | | | | | | |
| 31 Revitool Ins Policy | | NONR | P₁ | T | | | | | |
| 32 IRA #1 | E | DIV | P₁ | T | | | | | |
| 33 Fidelity Casa Reserves | | | | | | | | | |
| 34 Turkey Brown Green Vaults | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

# FINANCIAL DISCLOSURE REPORT

| | |
|---|---|
| Name of Person Reporting | Date of Report |
| Paaska, Loretta A | 3/8/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amt Code 1 (A-H) | B (2) Type (e.g. div, rent or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | C (2) Value Method Codes (Q-W) | D Transactions during reporting period (1) Type (e.g. buy, sell merger, redemption) | D (2) Date Month Day | D (3) Value Code 2 (J-P) | D (4) Gain Code 1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 35 Dodca + Cox Intnl Stk Fund | | | | | | | | | |
| 36 Baron Growth Fund | | | | | | | | | |
| 37 Royce Total Return Fund | | | | | | | | | |
| 38 IRA #2 | B | Div | M | T | | | | | |
| 39 Fidelity Spartan 500 Index Fund | | | | | | | | | |
| 40 Fidelity Cash Reserves | | | | | | | | | |
| 41 Baron Growth Fund | | | | | | | | | |
| 42 IRA #3 | C | Div | M | T | | | | | |
| 43 Royce Total Return Fund | | | | | | | | | |
| 44 Fidelity Cash Reserves | | | | | | | | | |
| 45 IRA #4 | D | Div | O | T | | | | | |
| 46 Fidelity Cash Reserves | | | | | | | | | |
| 47 Dodca + Cox Intnl Stk Fund | | | | | | | | | |
| 48 Turner Andmar Grown Value Fund | | | | | | | | | |
| 49 American Growth Fund | | | | | | | | | |
| 50 Law Firm Retirement a/c | | None | O | T | | | | | |
| 51 Law Firm Capital a/c and Int in a/c Rec | | None | P1 | W | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| PARSKA, LORETTA A | 3/8/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code 1 (A-H) | (2) Type (e.g. div, rent or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Codes (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code (A-H) | (5) Identify of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52 FORREST CITY INV PRTNS LP | A | K-1 | J | W | | | | | |
| 53 NYS MUN BONDS | R | INT | P1 | T | B | 4/1 | L | | |
| 54 NYC MUN BONDS | R | INT | O | T | Matured | 8/1 | K | | |
| 55 SMITH BARNEY MUN MM PORTFOLIO | D | DIV | M | T | | | | | |
| 56 CITIBANK NYC | R | INT | P1 | T | | | | | |
| 57 US SAVINGS BONDS | | NONE | K | T | | | | | |
| 58 NYS COLLEGE SAVINGS PROGRAM | | NONE | L | T | | | | | |
| 59 PUTNAM SELECT FUND | A | DIV | J | T | | | | | |
| 60 IRA #5 | A | DIV | K | T | | | | | |
| 61 VANGUARD MID CAP INDEX FUND | | | | | | | | | |
| 62 BARON GROWTH FUND | | | | | | | | | |
| 63 FIDELITY CASH RESERVES | | | | | | | | | |
| 64 STF MID CAP DIRECT FUNDS | | | | B | 3/11 | J | | | |
| 65 IRA #6 | A | DIV | K | T | | | | | |
| 66 VANGUARD MID CAP INDEX FUND | | | | | | | | | |
| 67 BARON GROWTH FUND | | | | | | | | | |
| 68 FIDELITY CASH RESERVES | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col C2)   U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PRESKA, LORETTA A | 3/8/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt. Code 1 (A-H) | B. (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 69 - STP MIDCAP DRMH7 RACEWZI | | | | | B | 3/7 | J | | |
| 70 PL MUNI BONDS | C | INT | M | T | D | 3/18 | L | | |
| 71 M+T BANK - COLD SPRING | B | INT | M | T | | | | | |
| 72 LA MUN BONDS | C | INT | K | T | | | | | |
| 73 TX MUN BONDS | D | INT | K | T | | | | | |
| 74 SC MUN BONDS | C | INT | K | T | | | | | |
| 75 WA MUN BONDS | D | INT | N | T | | | | | |
| 76 MN MUNI BONDS | B | INT | K | T | | | | | |
| 77 PR MUN BONDS | C | INT | K | T | | | | | |
| 78 IL MUN BONDS | B | INT | M | T | B B | 10/14 4/14 | L L | | |
| 79 MA MUN BONDS | D | INT | N | T | B | 2/10 | M | | |
| 80 AL MUN BONDS | B | INT | K | T | | | | | |
| 81 KY MUN BONDS | C | INT | L | T | | | | | |
| 82 HA MUN BONDS | C | INT | L | T | | | | | |
| 83 IN MUN BONDS | D | INT | L | T | | | | | |
| 84 WI MUN BONDS | B | INT | M | T | B B | 9/2 10/14 | L L | | |
| 85 AK MUN BONDS | B | INT | L | T | | | | | |

1. Income/Gain Codes: A=$1,000 or less   B=$1,001-$2,500   C=$2,501-$5,000   D=$5,001-$15,000   E=$15,001-$50,000
(See Col. B1, D4)   F=$50,001-$100,000   G=$100,001-$1,000,000   H1=$1,000,001-$5,000,000   H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
(See Col. C1, D3)   N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000
   P3=$25,000,001-$50,000,000   P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal   R=Cost (real estate only)   S=Assessment   T=Cash/Market
(See Col. C2)   U=Book value   V=Other   W=Estimated

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| PARSKA, corom a | 3/8/06 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 86 MI mun Bonds | C | M | M | T | B B | 2/18 5/11 | M L | | |
| 87 SO mun Bonds | B | M | L | T | B | 4/5 | L | | |
| 88 INTROd common STk | | Non | N | T | B | 4/22 | N | | |
| 89 DL mun Bonds | B | M | L | T | B | 3/18 | L | | |
| 90 NV mun Bonds | B | M | L | T | B | 11/14 | L | | |
| 6 | | | | | | | | | |
| 7 | | | | | | | | | |
| 8 | | | | | | | | | |
| 9 | | | | | | | | | |
| 10 | | | | | | | | | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2. Value Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000
(See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
    P3=$25,000,001-$50,000,000    P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
(See Col. C2)    U=Book value    V=Other    W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | PRESKA, LORETTA A. | 3/8/06 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

I    Advisory Board    Federalist Society, NY Chapter

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____    Date  3/8/06

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544